284

**Blanford Ray STOKES and Henry Davis Stokes, Appellants, v. UNITED STATES, Appellee.**

No. 11617.

Circuit Court of Appeals, Fifth Circuit.

Dec. 23, 1946.

Joe Sid Mize, of Forest, Miss., for appellants.

Toxey Hall, U. S. Atty., and Robert E. Hauberg, Asst. U. S. Atty., both of Jackson, Miss., for appellee.

Before SIBLEY, HOLMES, and WALLER, Circuit Judges.

PER CURIAM.

An examination of the record reveals no reversible error and the judgment of the lower Court is affirmed.

**Nicholas J. CURTIS, Appellant, v. Hon. Guy L. FAKE, United States District Judge for the District of New Jersey, Utah Fuel Company, et al.**

No. 9178.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 21, 1946.

Decided Dec. 4, 1946.

Nicholas J. Curtis, of Trenton, N. J., for appellant.

Arthur S. Lane, of Trenton, N. J. (H. Collin Minton, Jr., of Trenton, N. J., William V. Rosenkrans and Rosenkrans & Rosenkrans, all of Paterson, N. J., and Carol C. Johnson and H. Brua Campbell, both of New York City, on the brief), for appellees.

Before GOODRICH and KALODNER, Circuit Judges, and MADDEN, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.

**Alva S. STAPLES, as Owner of Scow THE FLORENCE HINES, Libellant-Appellee, v. MANHATTAN LIGHTERAGE CORPORATION, Respondent-Appellee, and THE RUSSELL 3, Her Engines, etc., Russell Bros. Towing Co., Inc., Claimant-Impleaded-Appellant.**

No. 54, Docket 20313.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1946.

Alexander & Ash, of New York City (Edward Ash, of New York City, of counsel), for appellant Russell Bros. Towing Co., Inc.

Burlingham, Veeder, Clark & Hupper, of New York City (Stanley R. Wright, of New York City, of counsel), for respondent-appellee Manhattan Lighterage Corporation.

Mahar & Mason, of New York City (Frank C. Mason, of New York City, of counsel), for Alva S. Staples, Owner of the Scow Florence Hines, libellant-appellee.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of KENNEDY, J., in the District Court, 68 F.Supp. 754.